Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOLF & TENNIS PRO SHOP, INC. d/b/a PGA TOUR SUPERSTORE, a Florida corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-07290-JAK-GJS <br><br> **NOTICE OF DISMISSAL** |

NOTICE OF DISMISSAL
CASE NO.: 2:21-cv-07290-JAK-GJS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff by and through her undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually on behalf of Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: January 14, 2022                    Respectfully Submitted,

                                           /s/ *Thiago M. Coelho*
                                           Thiago M. Coelho
                                           **WILSHIRE LAW FIRM**
                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 14, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: January 14, 2022                         /s/ Thiago M. Coelho
                                                Thiago M. Coelho